Michael LOWRY *v.* STATE of Arkansas

CR 03-1065                                          125 S.W.3d 146

Supreme Court of Arkansas
Opinion delivered October 9, 2003

*Meredith Wineland, P.A.*, by: *Meredith Wineland*, for appellant.

No response.

PER CURIAM. Appellant Michael Lowry, by and through his attorney, Meredith Wineland, has filed a motion for rule on clerk. Ms. Wineland admits responsibility for failing to timely file the record due to a mistake on her part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979)(per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.